UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIQUE MANAGEMENT ASSOCIATES, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-03300-KAW<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Scott Johnson filed the instant suit against Defendant Unique Management Associates, Inc. (Dkt. No. 1.) Pursuant to General Order 56, the joint site inspection deadline was September 17, 2018, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. 6.) Thus, Plaintiff's "Notice of Need for Mediation" was due by October 29, 2018.

　　　　As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **November 21, 2018**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

　　　　IT IS SO ORDERED.

Dated: November 8, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge