UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNIQUE MANAGEMENT ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 18-cv-03300-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

Plaintiff Scott Johnson filed the instant suit against Defendant Unique Management Associates, Inc. (Dkt. No. 1.) On November 8, 2018, the Court issued an order to show cause based on Plaintiff's failure to file his "Notice of Need for Mediation," which was originally due by October 29, 2018. (Dkt. No. 15.) On November 20, 2018, the parties filed a stipulation to extend the deadline to hold the joint site inspection to December 31, 2018. (Dkt. No. 17.) The Court granted the stipulation and discharged the November 8, 2018 order to show cause. (Dkt. No. 18.)

Pursuant to General Order 56, Plaintiff was required to file a Notice of Need for Mediation forty-two days after the joint site inspection. Thus, Plaintiff's Notice of Need for Mediation was due by February 11, 2019. As of the date of this order, Plaintiff has not filed his Notice of Need for Mediation. Plaintiff is therefore ordered to show cause by **March 7, 2019**, why this case should not be dismissed for failure to comply with Court orders by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: February 27, 2019

                                                                                                      KANDIS A. WESTMORE
United States Magistrate Judge