1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

         Plaintiff,

   v.

UNIQUE MANAGEMENT ASSOCIATES, INC.,

         Defendant.

Case No. 18-cv-03300-KAW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. No. 20

Plaintiff Scott Johnson filed the instant suit against Defendant Unique Management Associates, Inc. (Dkt. No. 1.) On November 8, 2018, the Court issued an order to show cause based on Plaintiff's failure to file his "Notice of Need for Mediation," which was originally due by October 29, 2018. (Dkt. No. 15.) On November 20, 2018, the parties filed a stipulation to extend the deadline to hold the joint site inspection to December 31, 2018. (Dkt. No. 17.) The Court granted the stipulation and discharged the November 8, 2018 order to show cause. (Dkt. No. 18.)

Plaintiff then again failed to file his Notice of Need for Mediation. On February 27, 2019, the Court issued a second order to show cause. (Dkt. No. 20.) Plaintiff then filed a joint stipulation to extend the deadline to hold the joint site inspection to February 27, 2019. (Dkt. No. 21.) The Court granted the stipulation. (Dkt. No. 22.)

On March 7, 2019, Plaintiff filed his response to the February 27, 2019 order to show cause, stating that Plaintiff had "erred in failing to timely report to the Court that the parties were unable to timely complete the site inspection," and that "he and counsel should have been more proactive in seeking the Court's assistance in the form of extensions to the various early deadlines." (Dkt. No. 23 ¶¶ 6-7.)

The Court DISCHARGES the order to show cause. The Court notes, however, that this is

the second order to show cause issued in this case.  Moreover, the Court notes that Plaintiff's

counsel has repeatedly failed to comply with court orders and deadlines in other cases filed in this

district.  *E.g.*, *Johnson v. RK Investment Properties*, Case No. 18-cv-1132-KAW, Dkt. Nos. 17, 20

(Orders to Show Cause); *Johnson v. Patel*, Case No. 18-cv-4422-KAW, Dkt. No. 10 (Order to

Show Cause); *Johnson v. Let it Flho, LP*, Case No. 18-cv-1293-SBA, Dkt. No. 31 (sua sponte

dismissing case after Plaintiff repeatedly failed to comply with deadlines); *Johnson v HDLM*

*Associates, Inc.*, Case No. 18-cv-4434-SBA, Dkt. No. 15 (Order to Show Cause); *Johnson v.*

*Patel*, Case No. 18-4783-VKD, Dkt. No. 19 (Order to Show Cause); *Johnson v. Shobeiri*, Case

No. 18-cv-4816-VKD, Dkt. No. 14 (Order to Show Cause); *Johnson v. Baird Lands, Inc.*, Case

No. 18-cv-5365-VKD, Dkt. No. 16 (Order to Show Cause).  From here on out, Plaintiff shall

comply with all court orders or be subject to sanction because it is not the Court's duty to ensure

that Plaintiff meets his deadlines.  Plaintiff's counsel is obligated to come up with a system for

properly managing Plaintiff's cases.

IT IS SO ORDERED.

Dated: March 8, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2